IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABSOLUTE ARCHITECTURE, P.C., an Illinois corporation, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) Case No. 13-cv-7166<br>)<br>) Hon. Joan B. Gottschall |
| v. | )<br>) Magistrate Judge Daniel G. Martin |
| CITY STORE GATES MFG. CORP. D/B/A CITY-GATES USA, a New York corporation, | )<br>)<br>) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses this action with prejudice as to Plaintiff's individual claims, and without prejudice as to the class claims.

Date: July 17, 2014

Respectfully submitted,

ABSOLUTE ARCHITECTURE, P.C., individually and on behalf of all others similarly situated,

By:  *s/ Joseph J. Siprut*
    One of the Attorneys for Plaintiff
    And the Proposed Putative Class

Joseph J. Siprut
*jsiprut@siprut.com*
Gregg M. Barbakoff
*gbarbakoff@siprut.com*
Ismael T. Salam
*isalam@siprut.com*
SIPRUT PC
17 North State St.
Suite 1600
Chicago, Illinois 60602
312.236.0000
Fax: 312.470.6588

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a true and correct copy of the foregoing **Plaintiff's Notice of Voluntary Dismissal** was filed this 17th day of July, 2014, via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

*s/ Joseph J. Siprut*

4847-5120-0540, v. 1