# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Absolute Architecture

                      Plaintiff,

v.                                           Case No.: 1:13−cv−07166
                                                    Honorable Joan B. Gottschall

City Store Gates Mfg. Corp.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 18, 2014:

        MINUTE entry before the Honorable Joan B. Gottschall: Pursuant to plaintiff's notice of voluntary dismissal, this case is hereby dismissed with prejudice as to Plaintiff's individual claims, and without prejudice as to the class claims. Status hearing set for 8/15/2014 is stricken. Civil case terminated. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.